## ANDREW J. THOMAS *v.* ELIZABETH THOMAS.

**Husband and Wife—Custody of Child.**

Where the husband and wife are both of a good moral character and the child is of tender age, a judgment committing it to the custody of the mother will not be disturbed on appeal.

### APPEAL FROM ROWAN CIRCUIT COURT.

January 10, 1871.

OPINION OF THE COURT BY JUDGE HARDIN:

Although the preponderance of the evidence conduces to show the appellant to be a man of moral worth and good character, and not objectionable, as a proper person to have the care and curation of his child, and more than the appellee, who is also shown to be competent and worthy to have the custody of the child, we are constrained, in view of the sex and age of the child, and the unquestioned good character of the mother, to approve the judgment committing the child to her. We do not regard the judgment as conclusive of the authority of the court, hereafter to commit the child to its father's care when its age and other circumstances may render it proper according to principles heretofore settled by this court. But whether such action will or not become proper will depend on facts and circumstances, yet, to some extent, to be developed.

Wherefore, the judgment is *affirmed.*

*Stone, Hargis, for appellant.*

*Phister, for appellee.*